Joel E. Faulkner, Appellant, v. Eliza Faulkner, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Matthew O'Brien, Appellant, v. Samuel Kowal, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Rochester Photo Works, Inc., Appellant, v. Baush & Lomb Optical Company, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Vera Robinson Coyne, Respondent, v. David P. Morehouse and Another, Individually and as Executors, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Michael Flis, Respondent, v. The Erie Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Arthur L. Chapman, as Trustee in Bankruptcy of Asa D. Clark, a Bankrupt, Respondent, v. Asa D. Clark, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Lynn E. Talbot, Respondent, v. Dewitt C. Simpson and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

C. Clytwa Atkinson, Respondent, v. New York Railways Company, Appellant.— Order reversed and motion granted, with ten dollars costs to appellant to abide event, upon condition that the defendant, within ten days after service of this order with notice of entry, give a stipulation in writing, in accordance with the oral stipulation made by defendant's counsel upon the argument, that defendant will offer no evidence as to plaintiff's physical condition prior to the accident, nor any medical testimony as to the nature and extent of her injuries, and shall further stipulate that the evidence of any of plaintiff's witnesses may be taken before a referee at the city of Rochester and read in evidence with like force and effect as though given by such witnesses upon the trial, with the right to defendant to appear before the referee by counsel and cross-examine such witnesses, and in the event of defendant's failure so to stipulate, the order appealed from is affirmed, with ten dollars costs and disbursements. All concurred, except Robson, J., who dissented and voted for affirmance.

Marion L. Evans, as Executrix, etc., Respondent, v. Supreme Council of the Royal Arcanum and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred; Kruse, P. J., not sitting.

Adelaide A. Sartwell, Appellant, v. The City of Syracuse, Respondent. — Judgment affirmed, with costs. All concurred.

Kathryn T. Egan, Appellant, v. International Railway Company and Crosstown Street Railway Company of Buffalo, Respondents.— Judgment and order affirmed, with costs. All concurred.

Ella L. Fosmire, as Administratrix, etc., Respondent, v. Barneth Satuloff and Another, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $167 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that there